UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>    Plaintiff,<br><br> v.<br><br>BRIDGELUX, INC.,<br><br>    Defendant. | Case No. 22-cv-01886-RS<br><br>**ORDER TO MODIFY INITIAL CASE MANAGEMENT SCHEDULING ORDER**<br><br>[Filed Concurrently with Stipulation; and Declaration] |
| BRIDGELUX, INC,<br><br>    Counter-Claimant,<br><br> v.<br><br>BJB ELECTRIC LP,<br><br>    Counter-Defendant. | Judge: Hon. Richard Seeborg<br><br>Date Filed: March 24, 2022<br>Trial Date: June 12, 2023 |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

22-cv-01886-RS

ORDER TO MODIFY INITIAL
CASE MANAGEMENT
SCHEDULING ORDER

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the dates in the matter are vacated and the following deadlines and dates apply:

| Event | Requested Deadline/Dates | Ordered Deadlines/Dates |
|---|---|---|
| Non-Expert Discovery Cut-Off | January 13, 2023 | January 13, 2023 |
| Further Case Management Conference | January 26, 2023 at 10:00 a.m. | January 26, 2023 at 10:00 am |
| Expert Designations | February 10, 2023 | February 10, 2023 |
| Supplemental and Rebuttal Expert Designations | March 3, 2023 | March 3, 2023 |
| Expert Discovery Cut-Off | March 24, 2023 | March 24, 2023 |
| Final Pre-Trial Conference | May 31, 2023 at 10:00 a.m. | May 31, 2023 at 10:00 am |
| Trial | June 12, 2023 | June 12, 2023 at 9:00 am |

DATED: October 14, 2022

_____
HON. RICHARD SEEBORG
United States District Judge

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

22-cv-01886-RS

- 2 -

ORDER TO MODIFY INITIAL
CASE MANAGEMENT
SCHEDULING ORDER