UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIDGELUX, INC.,<br><br>    Defendant. | Case No. 22-cv-01886-RS<br><br>**ORDER RE MODIFICATION OF THE CASE MANAGEMENT SCHEDULING ORDER**<br><br>[Filed Concurrently with Stipulation; and Declaration] |
| BRIDGELUX, INC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>BJB ELECTRIC LP,<br><br>    Counter-Defendant. | Judge:        Hon. Richard Seeborg<br><br>Date Filed:   March 24, 2022<br>Trial Date:    June 12, 2023 |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION of the parties, IT IS SO ORDERED that the following is the case schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Depositions | March 1, 2023 | March 10, 2023 |
| Expert Reports Due | February 10, 2023 | March 24, 2023 |
| Supplemental and Rebuttal Expert Reports Due | March 3, 2023 | April 14, 2023 |
| Expert Discovery Cut-Off | March 24, 2023 | April 28, 2023 |
| Deadline to File and Serve Dispositive Motions | | June 22, 2023 |
| Dispositive Motion Hearing Deadline | April 13, 2023 | July 27, 2023 |
| Pre-Trial Conference | May 31, 2023 | August 9, 2023 |
| Trial | June 12, 2023 | August 21, 2023 |

DATED:  February 6, 2023

_____
HON. RICHARD SEEBORG
United States District Judge