CRAIG A. GELFOUND (SBN 176378)
craig.gelfound@afslaw.com
KIRSTEN A. HART (SBN 258433)
kirsten.hart@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGELUX, INC.,<br><br>    Defendant.<br><br>BRIDGELUX, INC,<br><br>    Counter-Claimant,<br><br>v.<br><br>BJB ELECTRIC LP,<br><br>    Counter-Defendant. | Case No. 22-cv-01886-RS<br><br>**DEFENDANT BRIDGELUX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[*Filed concurrently with the Declaration of Craig A. Gelfound and [Proposed] Order*]<br><br>Judge:     Hon. Richard Seeborg<br>Date Filed:  March 24, 2022<br>Trial Date:  August 21, 2023 |

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rules 7-11 and 79-5(f), Defendant and Counter-Claimant Bridgelux, Inc. ("Bridgelux") hereby submits this Motion to Consider Whether Another Party's Material Should Be Sealed with regard to Bridgelux's concurrently filed Motion to Exclude the Testimony of Plaintiff and Counter-Defendant BJB Electric LP's Expert Albert Pruenster. In furtherance of this Motion, Bridgelux relies on the concurrently filed Declaration of Craig A. Gelfound, Proposed Order and the documents themselves, which are filed as attachments to this Motion.

## ADMINISTRATIVE MOTION

Bridgelux is concurrently filing a Motion to Exclude the Testimony of BJB's Expert Albert Pruenster ("Motion to Exclude Mr. Pruenster's Testimony"). In support of Bridgelux's Motion to Exclude Mr. Pruenster's Testimony, Bridgelux is filing certain documents which were designated by BJB as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or reference and/or discuss these confidential materials. Counsel for the parties have met and conferred pursuant to Local Civil Rule 7-11 prior to the filing of this Administrative Motion, and counsel for BJB declined to waive the confidentiality designation for these documents. *See* Declaration of Craig A. Gelfound, ¶¶ 7-8. Thus, Bridgelux believes that BJB may seek to seal the following documents:

1. **EXHIBIT A:** An Excel spreadsheet produced by BJB bates stamped BJB0002097.
   a. <u>Portion to Seal</u>: The entire document.
   b. <u>Reason for Sealing</u>: This document has been designated as "CONFIDENTIAL" by BJB, and BJB has not stipulated to waiving the confidential designation.

///

2. **EXHIBIT B:** Exhibit 6 to the deposition of Mr. Pruenster, which was taken on March 9, 2023.

   a. Portion to Seal: The entire document.

   b. Reason for Sealing: This document has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by BJB, and BJB has not stipulated to waiving the confidential designation.

3. **EXHIBIT C**: Excerpts from Mr. Pruenster's deposition testimony taken in this action on March 9, 2023.

   a. Portion to Seal: Portions of Mr. Pruenster's testimony which discuss exhibits designated as confidential by BJB.

   b. Reason for Sealing: These portions of Mr. Pruenster's testimony discuss exhibits designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by BJB, and BJB has not stipulated to waiving the confidential designations.

4. **EXHIBIT D:** BJB's March 31, 2023, Disclosure of Expert Testimony and its three exhibits: (1) Mr. Pruenster's curriculum vitae, (2) a copy of the spreadsheet produced by BJB bates stamped BJB0002097, and (3) a document purporting to be Mr. Pruenster's overhead calculation.

   a. Portion to Seal: Entire document including exhibits.

   b. Reason for Sealing: BJB has designated this entire document, including exhibits, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and has not stipulated to waiving the confidential designation.

5. **EXHIBIT E:** Bridgelux's Motion to Exclude the Testimony of BJB's Expert Albert Pruenster.

   a. Portion to Seal: Portions of the Motion to Exclude that discuss exhibits and testimony designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by BJB.

b. <u>Reason for Sealing</u>: These portions of the Motion to Exclude discuss exhibits which have been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by BJB, and BJB has not stipulated to waiving the confidential designations.

Dated: June 22, 2023                    **ARENTFOX SCHIFF LLP**


By: */s/ Craig A. Gelfound*
    Craig A. Gelfound
    Kirsten A. Hart
    Jessica B. Do
    Attorneys for Defendant and
    Counter-Claimant
    BRIDGELUX, INC.

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

22-cv-01886-RS

- 4 -

DEF'S ADMIN. MOTION TO CONSIDER
WHETHER PLTF'S MATERIAL SHOULD
BE SEALED