CRAIG A. GELFOUND (SBN 176378)
craig.gelfound@afslaw.com
KIRSTEN A. HART (SBN 258433)
kirsten.hart@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGELUX, INC.,<br><br>    Defendant.<br><br>BRIDGELUX, INC,<br><br>    Counter-Claimant,<br><br>v.<br><br>BJB ELECTRIC LP,<br><br>    Counter-Defendant. | Case No. 22-cv-01886-RS<br><br>**DECLARATION OF CRAIG A. GELFOUND IN SUPPORT OF DEFENDANT BRIDGELUX, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[*Filed concurrently with Administrative Motion and [Proposed] Order*]<br><br>Judge:    Hon. Richard Seeborg<br>Date Filed:    March 24, 2022<br>Trial Date:    August 21, 2023 |

# DECLARATION OF CRAIG A. GELFOUND

I, Craig A. Gelfound, declare as follows:

1. I am an attorney licensed to practice law before this Court and before all of the courts of the State of California. I am currently a partner in the law firm ArentFox Schiff LLP, counsel for Defendant and Counter-Claimant Bridgelux, Inc. ("Bridgelux") in the above-captioned matter. I have personal knowledge of all facts stated herein make this declaration of my personal and first-hand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. On October 13, 2022, the parties entered into a Stipulated Protective Order in this Action, which was signed by the Court on October 14, 2023. Dkt. No. 31. The Stipulated Protective Order states that, "[a] a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." Dkt. No. 31 at § 12.3.

3. On February 20, 2023, Plaintiff and Counter-Defendant BJB Electric LP ("BJB") produced an Excel spreadsheet bates stamped BJB0002097. This spreadsheet was designated as "CONFIDENTIAL" by BJB. A true and correct copy of this spreadsheet is hereto attached as **Exhibit A.**

4. On March 9, 2023, I took the deposition of BJB's President, Albert Pruenster. At his deposition, Mr. Pruenster produced a document he prepared that purported to provide calculations regarding BJB's overhead. A true and correct copy of this exhibit is hereto attached as **Exhibit B.** This document is designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by BJB.

5. During Mr. Pruenster's deposition, I asked questions regarding his overhead calculations. I also asked Mr. Pruenster questions concerning the Excel spreadsheet produced by BJB bates stamped BJB0002097. A true and correct copy of related portions from the deposition transcript of Mr. Pruenster taken on March 9, 2023 are attached as **Exhibit C.**

///

6. On March 31, 2023, BJB produced its Disclosure of Expert Testimony with three exhibits: (1) Mr. Pruenster's curriculum vitae, (2) a copy of the Excel spreadsheet bates stamped BJB0002097, and (3) a document purporting to be Mr. Pruenster's overhead calculation. BJB designated its Disclosure of Expert Testimony and exhibits as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY". A true and correct copy of BJB's Disclosure of Expert Testimony with exhibits is attached as **Exhibit D.**

7. On June 14, 2023, my colleague Jessica B. Do, an associate with ArentFox Schiff LLP, emailed BJB's counsel, Dana Richens, pursuant to Local Rule 7-11 to ask if she would stipulate to waiving the confidentiality of the above documents. I am copied on this email.

8. On June 16, 2023, Ms. Do and I met and conferred with Ms. Richens by video conference regarding the "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" designation of the above documents, among other topics. Ms. Richens declined to waive the confidentiality of these documents.

9. Concurrently with this Administrative Motion, Bridgelux is filing a Motion to Exclude the Testimony of BJB's Expert Mr. Pruenster. Portions of this motion reference and discuss BJB's Expert Disclosure and exhibits thereto that have been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by BJB. A true and correct copy of Bridgelux's Motion to Exclude the Testimony of BJB's Expert, Mr. Pruenster, is hereto attached as **Exhibit E.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of June, 2023 at Los Angeles, California.

                                               */s/ Craig A. Gelfound*
                                               Craig A. Gelfound