CRAIG A. GELFOUND (SBN 176378)
craig.gelfound@afslaw.com
KIRSTEN A. HART (SBN 258433)
kirsten.hart@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIDGELUX, INC.,<br><br>　　　　Defendant.<br><br>BRIDGELUX, INC,<br><br>　　　　Counter-Claimant,<br><br>v.<br><br>BJB ELECTRIC LP,<br><br>　　　　Counter-Defendant. | Case No. 22-cv-01886-RS<br><br>**DEFENDANT AND COUNTER-CLAIMANT BRIDGELUX, INC.'S OBJECTIONS TO PLAINTIFF AND COUNTER-DEFENDANT BJB ELECTRIC LP'S REPLY EVIDENCE**<br><br>Hearing Date: July 27, 2023<br>Time: 1:30 p.m.<br>Ctrm: 3<br><br>Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Laurel Beeler<br><br>Date Filed: March 24, 2022<br>Trial Date: August 21, 2023 |

**TO THE COURT, PLAINTIFF, AND ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-3(d)(1), Defendant and Counter-Claimant Bridgelux, Inc. ("Bridgelux") will and hereby does object to the Declaration of Dana M. Richens ("Richens Decl.") and Exhibit 4 thereto in support of Plaintiff and Counter-Defendant BJB Electric LP's ("BJB") Reply in further support of its Motion for Partial Summary Judgment, as follows:

| Proffered Evidence | Evidentiary Objection | Court Ruling |
|---|---|---|
| 1. Attached as Exhibit 4 hereto is a true and correct copy of an email thread Bates-stamped BJB0000027-30, dated between October and November 2015, between BJB Electric and Bridgelux personnel. The thread includes a PowerPoint slide at BJB0000028 entitled "Initial volume projects" for Vero 10, 13, 18 and 29. (Richens Decl., ¶ 7) | Objections: Relevance (FRE 401, 402, 403); Lacks Foundation (FRE 602).<br><br>Paragraph 7 to the Richens Decl. lacks foundation concerning how the declarant has personal knowledge of the e-mail thread attached as Exhibit 4, which the declarant purports to be a true and correct copy of a communication between BJB and Bridgelux personnel. Moreover, there is no foundation laid for the PowerPoint slide at BJB0000028. It is not clear whether the PowerPoint was part of an e-mail—it appears to have been inserted into a string of e-mails. There is no text in the e-mail that refers to the PowerPoint, nor is | Sustained: ____<br>Overruled: ____ |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

22-cv-01886-RS                              - 2 -                    BRIDGELUX'S OBJECTIONS TO BJB'S
                                                                                   REPLY EVIDENCE

|   |   |   |
|---|---|---|
| | there a statement based on personal knowledge that Bridgelux generated the document or sent the document to BJB. In addition, the Richens Decl. fails to establish the relevance of Exhibit 4. There is no context given for the PowerPoint slide at BJB0000028, which is dated during the design phase before the Vero 2 Letter Agreement. For instance, there is no pricing tied to the projected volume, and no mention of whether or not the Vero 2 was intended to replace the Vero 1, or whether the projections reflect that the models were to be sold side by side. Accordingly, paragraph 7, including the attached Exhibit 4, of the Richens Decl. should be stricken. | |

Dated: July 20, 2023

**ARENTFOX SCHIFF LLP**

By: */s/ Craig A. Gelfound*
Craig A. Gelfound
Kirsten A. Hart
Jessica B. Do
Attorneys for Defendant and
Counter-Claimant
BRIDGELUX, INC.