CRAIG A. GELFOUND (SBN 176378)
craig.gelfound@afslaw.com
KIRSTEN A. HART (SBN 258433)
Kirsten.hart@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIDGELUX, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-01886-RS<br><br>**STIPULATED REQUEST FOR LEAVE OF COURT TO SUPPLEMENT TRIAL EXHIBIT LIST** |
| BRIDGELUX, INC,<br><br>　　　　　　Counter-Claimant,<br><br>　　v.<br><br>BJB ELECTRIC LP,<br><br>　　　　　　Counter-Defendant. | Judge:  Hon. Richard Seeborg<br>Magistrate Judge:  Hon. Laurel Beeler<br><br>Date Filed:   March 24, 2022<br>Trial Date:   August 21, 2023 |

AFDOCS:198682584.1
22-cv-01886-RS

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED REQUEST FOR LEAVE OF
COURT TO SUPPLEMENT TRIAL
EXHIBIT LIST

Plaintiff and Cross-Defendant BJB Electric LP ("BJB") and Defendant and Counter-Claimant Bridgelux, Inc. ("Bridgelux") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and based on GOOD CAUSE, request that the Court allow the Parties to supplement the Joint Trial Exhibit List attached to the Joint Pretrial Statement [ECF No. 88] based on the following:

WHEREAS, on July 31, 2023, the Parties filed the Joint Pretrial Statement and [Proposed] Order [ECF No. 88] which attached the Joint Exhibit List as Exhibit B;

WHEREAS, after the filing of the Joint Pretrial Statement, Bridgelux discovered that one document was inadvertently left off of the Joint Exhibit List, which is an email from BJB regarding PO1104-08 dated August 3, 2022, bates stamped BJB0001015-BJB0001016 ("Proposed Exhibit 213");

WHEREAS, Section D(1)(d) of the Court's Standing Order for Bench Trials states that: "No party shall be permitted to offer any exhibit at trial that is not disclosed in its pretrial statement without leave of court for good cause, unless it is offered solely for impeachment or rebuttal";

WHEREAS, BJB does not oppose adding Proposed Exhibit 213 to the Joint Exhibit List;

WHEREAS, a true and correct copy of a Revised Joint Exhibit List reflecting Proposed Exhibit 213 is hereto attached as **EXHIBIT A**;

WHEREAS, this is the Parties' first request to supplement the Joint Exhibit List;

WHEREAS, this request does not impact the current trial date of August 21, 2023;

WHEREAS, the Parties stipulate and request, with the Court's approval, that the Parties be granted leave to submit and file a Revised Joint Exhibit List to add Proposed Exhibit 213.

**NOW THEREFORE,** the Parties, by and through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, that the Court

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:198682584.1
22-cv-01886-RS

- 2 -

STIPULATED REQUEST FOR LEAVE OF COURT TO SUPPLEMENT TRIAL EXHIBIT LIST

granted leave to allow the Parties to submit and file a Revised Joint Exhibit List to add Proposed Exhibit 213.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: August 20, 2023   **SMITH, GAMBRELL & RUSSELL, LLP**

By:  */s/ Dana M. Richens*
Dana M. Richens
Attorney for Plaintiff and Counter-Defendant
BJB ELECTRIC LP

Dated: August 20, 2023   **ARENTFOX SCHIFF LLP**

By:  */s/ Kirsten A. Hart*
Craig A. Gelfound
Kirsten A. Hart
Jessica B. Do
Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

By:  */s/ Kirsten A. Hart*
Kirsten A. Hart

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:198682584.1
22-cv-01886-RS

- 3 -

STIPULATED REQUEST FOR LEAVE OF COURT TO SUPPLEMENT TRIAL EXHIBIT LIST

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIDGELUX, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-01886-RS<br><br>**UPDATED JOINT TRIAL EXHIBIT LIST**<br><br>**VOLUME I　　NOS. 1 – 40**<br>**VOLUME II　NOS. 41 – 79;**<br>**　　　　　　　201 – 213** |
| BRIDGELUX, INC,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>BJB ELECTRIC LP,<br><br>　　　　Counter-Defendant. | Judge:  Hon. Richard Seeborg<br>Magistrate:  Hon. Laurel Beeler<br><br>Date Filed: March 24, 2022<br>Trial Date: August 21, 2023 |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

3:22-cv-01886-RS

**EXHIBIT A - 1**

UPDATED JOINT TRIAL EXHIBIT LIST

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
| 1 | 3/21/16 Letter from Aris Karabetsos to Timothy Lester (BJB000001-BJB000005) | | | | |
| 2 | E-mail String Containing 10/14/15 E-mail from Phil Oliael to Aris Karabetsos and Holder Requirements Bridgelux Holder Requirements (BJB000006; BJB000007-BJ0000015) | | | | |
| 3 | 1/15/16 Letter from Aris Karabetsos to Timothy Lester (BJB0000109-BJB0000111) | | | | |
| 4 | E-mail String Containing 2/19/16 E-mail from Aris Karabetsos to Brian Cumpston and Tim Lester (BJB0000152–BJB0000158) | | | | |
| 5 | E-mail String Containing 2/25/16 E-mail from Irene Ong to Aris Karabetsos (BJB0000183-BJB0000185) | | | | |
| 6 | 3/9/16 E-mail from Brian Cumpston to Aris Karabetsos (BJB0000223-BJB0000228) | | | | |
| 7 | E-mail String Containing 3/21/16 E-mail from Aris Karabetsos to Brian Cumpston and Tim Lester (BJB0000273-BJB0000279) | | | | |
| 8 | E-mail String Containing 3/21/16 | | | | |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
|  | E-mail from Tom Lester to Aris Karabetsos, Brian Cumpston and Irene Ong (BJB0000293-BJB0000294) |  |  |  |  |
| 9 | E-mail String Containing 3/22/16 E-mail from Brian Cumpston to Aris Karabetsos (BJB0000303-BJB0000309) |  |  |  |  |
| 10 | E-mail String Containing 3/23/16 E-mail from Aris Karabetsos to Brian Cumpston and Tim Lester (BJB0000336-BJB0000343) |  |  |  |  |
| 11 | E-mail String Containing 3/23/16 from Brian Cumpston to Aris Karabetsos and Tim Lester (BJB0000352-BJB0000354) |  |  |  |  |
| 12 | E-mail String Containing 3/23/16 E-mail from Aris Karabetsos to Brian Cumpston and Tim Lester (BJB0000361-BJB0000363) |  |  |  |  |
| 13 | E-mail String Containing 3/23/16 Email from Aris Karabetsos to Brian Cumpston and Tim Lester (BJ00000373-BJB0000381) |  |  |  |  |
| 14 | E-mail String Containing 3/23/16 E-mail from Brian Cumpston to Aris Karabetsos and Tim Lester |  |  |  |  |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
|  | (BJB0000391-BJB0000394) |  |  |  |  |
| 15 | 4/26/16 E-mail from Bridgelux-PR to All (Bridgelux000001-Bridgelux000002) |  |  |  |  |
| 16 | 7/11/19 Order 5100000560 (BJB0001902-BJB0001908) |  |  |  |  |
| 17 | Composite Exhibit of Bridgelux Purchase Orders (BJB0000439-0000626; BJB0001097-0001109; BJB0001117-0001151; BJB0001159-0001192) |  |  |  |  |
| 18 | E-mail String Containing 8/14/20 E-mail from Nicholas Ippolito to Joseph Laufer (BJB0001926-BJB0001931) |  |  |  |  |
| 19 | 8/18/20 E-mail from Nicholas Ippolito to Brenda Lu and Siow Tin Teou (BJB0001981-BJB0001986) |  |  |  |  |
| 20 | E-mail String Containing 8/31/20 E-mail from Nicholas Ippolito to Albert Pruenster and Joseph Laufer (BJB0001932-BJB0001938) |  |  |  |  |
| 21 | E-mail String Containing 9/3/20 E-mail from Nicholas Ippolito to Tim Lester and Brenda Lu (BJB0001939-BJB0001945) |  |  |  |  |

*Native file components available on thumb drive provided.

- 4 -

**EXHIBIT A - 4**

UPDATED JOINT TRIAL EXHIBIT LIST

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
| 22 | 10/12/20 E-mail from Joseph Laufer to Tim Lester (BJB0000643-BJB0000644) | | | | |
| 23 | E-mail String Containing 10/14/20 E-mail from Joseph Laufer to Tim Lester (BJB0000647-BJB0000648) | | | | |
| 24 | 10/22/20 E-mail from Tim Lester to Joseph Laufer (BJB0000660-BJB0000661) | | | | |
| 25 | E-mail String Containing 10/22/20 E-mail from Joseph Laufer to Tim Lester (BJB0000662-BJB0000663) | | | | |
| 26 | E-mail String Containing 10/29/20 E-mail from Joseph Laufer to Tim Lester (BJB0000681-BJB0000682) | | | | |
| 27 | E-mail String Containing 10/29/20 E-mail from Tim Lester to Joseph Laufer (BJB0000683-BJB0000684) | | | | |
| 28 | 11/10/20 E-mail from Joseph Laufer to Tim Lester (BJB0000687) | | | | |
| 29 | E-mail String Containing 11/11/20 E-mail from Tim Lester to Joseph Laufer (BJB0000688-BJB0000693) | | | | |
| 30 | 11/16/20 E-mail from Joseph Laufer to Tim Lester (BJB0000694-BJB0000695) | | | | |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
| 31 | 12/21/20 E-mail from Joseph Laufer to Albert Pruenster and Nicholas Ippolito (BJB0000712) | | | | |
| 32 | 12/24/20 E-mail from Tim Lester to Joseph Laufer (BJB0000713) | | | | |
| 33 | E-mail String Containing 1/6/21 E-mail from Joseph Laufer to Tim Lester (BJB0000721) | | | | |
| 34 | E-mail String Containing 1/19/21 E-mail from Joseph Laufer to Tim Lester (BJB0000723) | | | | |
| 35 | 1/22/21 E-mail from Tim Lester to Joseph Laufer (BJB0000725) | | | | |
| 36 | E-mail String Containing 2/24/21 E-mail from Tim Lester to Albert Pruenster (BJB0000735-BJB0000736) | | | | |
| 37* | E-mail String Containing 3/9/21 E-mail from Tim Lester to Siow Tin Teou (Bridgelux000037-Bridgelux000043) | | | | |
| 38 | E-mail String Containing 2/9/22 E-mail from Vanessa Simpson to Albert Pruenster (BJB0001954-BJB0001961) | | | | |
| 39 | E-mail String Containing 2/9/22 E-mail from Vanessa Simpson to Albert Pruenster (BJB0001962-BJB0001967) | | | | |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
| 40 | E-mail String Containing 2/9/22 E-mail from Vanessa Simpson to Albert Pruenster (BJB0001968-BJB0001973) | | | | |
| 41 | E-mail String Containing 2/9/22 E-mail from Vanessa Simpson to Albert Pruenster (BJB0001974-BJB0001979) | | | | |
| 42 | 10/11/21 E-mail from Siow Tin Teou to Vanessa Simpson and Jesse Coxwell (BJB0000840-BJB0000845) | | | | |
| 43 | E-mail String Containing 10/11/21 E-mail from Siow Tin Teou to Vanessa Simpson and Jesse Coxwell (BJB0000847-BJB0000852) | | | | |
| 44 | 6/2/2022 Email from Coxwell to Tin Teou Siow and Frank Hu re PO (BJB0001005-BJB0001006) | | | | |
| 45 | Purchase Order #1104-01 (BJB0000689-BJB0000693) | | | | |
| 46 | Purchase Order #1104-07 (Bridgelux000194-Bridgelux000198) | | | | |
| 47 | Purchase Order #1104-08 (BJB0001006) | | | | |
| 48 | Alternative Vero SE Holder Supply Comparison (Bridgelux000254-Bridgelux000262) | | | | |
| 49 | 7/6/2022 PPT Development & | | | | |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
|  | Innovation Partner of the Lighting and Appliance Industry (Bridgelux001371-Bridgelux001423) |  |  |  |  |
| 50 | Financial Overhead for Holder Statement of BJB Electric *No bates – Attorneys Eyes Only* |  |  |  |  |
| 51* | Spreadsheet of internal cost calculation to produce the Holder (product) listed (BJB0001075-BJB0001082) |  |  |  |  |
| 52 | 12/12/2016 PPT PDP MPV Phase Vero SE Series (Bridgelux001424-Bridgelux001465) |  |  |  |  |
| 53 | Bridgelux Vero SE Series LED Lighting Features, Product Specifications *No bates* |  |  |  |  |
| 54 | 11/13/2015 Phil Oliael Email to Aris Karabetsos re Vero2 holder requirement (BJB0000027-BJB0000030) |  |  |  |  |
| 55 | Bridgelux Order 5100003871 *No bates* |  |  |  |  |
| 56 | 9/21/2022 BJB Electric Order Confirmation for Bridgelux Order 5100003871 *No bates* |  |  |  |  |
| 57 | Bridgelux Order 5100004265 *No bates* |  |  |  |  |
| 58 | 1/19/2023 BJB Electric Order Confirmation for Bridgelux Order 5100004265 *No bates* |  |  |  |  |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
| 59 | Chart comparing P.O. #1104-01 with actual Holder sales *No bates* | | | | |
| 60 | Sample Holders & Assemblies<br>60A. 47.356.0010.50<br>60B. 47.356.0013.50<br>60C. 47.356.0018.50<br>60D. 47.356.0029.50<br>*Physical Exhibits No bates* | | | | |
| 61 | Intentionally Skipped Number | | | | |
| | **DISCOVERY** | | | | |
| 62 | 6/22/2022 Defendant and Counter-Claimant Bridgelux, Inc.'s Initial Disclosures | | | | |
| 63 | 6/22/22 Plaintiff's Initial Rule 26(a) Disclosures | | | | |
| 64 | 9/26/2022 Plaintiff's Responses to Defendant's First Set of Interrogatories | | | | |
| 65 | 9/26/2022 Plaintiff's Responses to Defendant's Request for Production of Documents, Set One | | | | |
| 66 | 1/10/2023 Plaintiff's Responses to Defendant's Second Set of Interrogatories | | | | |
| 67 | 1/12/2023 Plaintiff's Responses to Defendant's First Request for Admissions | | | | |
| 68 | 1/12/2023 Plaintiff's Responses to Defendant's Request for Production of Documents, Set Two | | | | |
| 69 | 1/12/2023 Plaintiff's Responses to | | | | |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

*Native file components available on thumb drive provided.

- 9 -

UPDATED JOINT TRIAL EXHIBIT LIST

**EXHIBIT A - 9**

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
|  | Defendant's Request for Production of Documents, Set Three |  |  |  |  |
| 70 | 9/2/2022 Defendant's Response to Plaintiff's First Continuing Interrogatories |  |  |  |  |
| 71 | 9/2/2022 Defendant's Response to Plaintiff's First Request for Production of Documents |  |  |  |  |
| 72 | 1/12/23 Defendant's Response to Plaintiff's Second Continuing Interrogatories |  |  |  |  |
| 73 | 1/12/2023 Defendant's Response to Plaintiff's Second Request for Production of Documents |  |  |  |  |
| 74 | 9/1/2022 Amended Complaint for Damages |  |  |  |  |
| 75 | 9/15/2022 Defendant's Answer to the Amended Complaint and Counterclaim |  |  |  |  |
| 76 | 9/27/2022 Plaintiff's Answer to the Counterclaim |  |  |  |  |
| 77* | Plaintiff's Disclosure of Expert Testimony, including exhibits |  |  |  |  |
| 78* | Plaintiff's Disclosure of Rebuttal Expert Testimony, including exhibits |  |  |  |  |
| 79 | Defendant's Expert Witness Disclosures |  |  |  |  |
| 201 | 10/22/2020 Email chain from J. Laufer |  |  |  |  |

*Native file components available on thumb drive provided.

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
|  | to N. Ippolito; A. Pruenster re: FW: PO with attachments (BJB0000664 – BJB0000668) |  |  |  |  |
| 202 | BJB Invoice re PO1104-06 dated 10/26/2021 (BJB0000911) |  |  |  |  |
| 203 | BJB Email Confirmation re PO1104-07 with attachment dated 4/18/2022 (BJB0000628-BJB0000630) |  |  |  |  |
| 204 | Letter to Bridgelux regarding new contract dated 11/16/2020 (BJB0000695) |  |  |  |  |
| 205* | Spreadsheet of internal cost calculation to produce the Holder (product) listed (BJB0001075) |  |  |  |  |
| 206* | Calculation and Schedule of Damages (BJB0002097 CONFIDENTIAL) |  |  |  |  |
| 207 | Email re Vero 2.0 Blanket PO  Rev 08 20220516  Review, dated 7/6/2022 (BJB0000504-BJB0000505) |  |  |  |  |
| 208* | PO1104-08 (Bridgelux0000506) |  |  |  |  |
| 209 | Email re BJB's order confirmation materially changes the terms dated 4/22/2022 (Bridgelux000578-Bridgelux000579) |  |  |  |  |
| 210 | Email re Vero SE Shipment Plan dated 3/28/2022 (BJB0000962-BJB0000965) |  |  |  |  |

*Native file components available on thumb drive provided.

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

- 11 -

UPDATED JOINT TRIAL EXHIBIT LIST

**EXHIBIT A - 11**

| Ex. No. | Document Description | Witness | Authentication Stipulated | Date Marked | Date Admitted |
|---|---|---|---|---|---|
| 211* | Vero 2.0 Blanket PO_Rev 07 20211222_Final *No bates* | | | | |
| 212* | PO Summary *No bates* | | | | |
| 213 | BJB Email Confirmation re PO1104-08 dated 8/3/2022 (BJB0001015-BJB0001016 CONFIDENTIAL) | | | | |

*Native file components available on thumb drive provided.