CRAIG A. GELFOUND (SBN 176378)
craig.gelfound@afslaw.com
KIRSTEN A. HART (SBN 258433)
Kirsten.hart@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>        Plaintiff,<br><br>v.<br><br>BRIDGELUX, INC.,<br><br>        Defendant.<br><br>BRIDGELUX, INC,<br><br>        Counter-Claimant,<br><br>v.<br><br>BJB ELECTRIC LP,<br><br>        Counter-Defendant. | Case No. 22-cv-01886-RS<br><br>**STIPULATED REQUEST FOR LEAVE OF COURT FOR DEFENDANT BRIDGELUX, INC. TO SUBMIT DEPOSITION DESIGNATIONS**<br><br><br>Judge:  Hon. Richard Seeborg<br>Magistrate Judge:  Hon. Laurel Beeler<br><br>Date Filed:  March 24, 2022<br>Trial Date:   August 21, 2023 |

AFDOCS:198688625.1
22-cv-01886-RS

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED REQUEST FOR LEAVE OF COURT FOR DEF. BRIDGELUX, INC. TO SUBMIT DEPOSITION DESIGNATIONS

1  Plaintiff and Cross-Defendant BJB Electric LP ("BJB") and Defendant and Counter-Claimant Bridgelux, Inc. ("Bridgelux") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and based on GOOD CAUSE, request that the Court allow Bridgelux to submit deposition designations in lieu of the live testimony of Frank Hu at trial based on the following:

WHEREAS, on July 31, 2023, the Parties filed the Joint Pretrial Statement and [Proposed] Order [ECF No. 88] which identified Frank Hu as a witness to be called at trial by Bridgelux;

WHEREAS, on August 18, 2023, Bridgelux's trial counsel was informed that Mr. Hu is no longer available to appear for and testify at trial due to an unavoidable scheduling conflict;

WHEREAS, the deadline to file and serve deposition designations was August 16, 2023, pursuant to the Section D(3) of the Court's Standing Order for Bench Trials;

WHEREAS, the Parties agree to allow Bridgelux to submit excerpts (deposition designations) from Mr. Hu's deposition testimony taken in this action on February 23, 2023 on August 18, 2023;

WHEREAS, the Parties agree to allow BJB to submit any counter-designations from Mr. Hu's deposition taken in this action on February 23, 2023 on August 21, 2023;

WHEREAS, a true and correct copy of Bridgelux's Deposition Designations identifying portions of Mr. Hu's testimony by page and line numbers is hereto attached as **EXHIBIT A**;

WHEREAS, **EXHIBIT A** also includes BJB's counter-designations from Mr. Hu's deposition testimony;

WHEREAS, this is the Parties' first request of this kind;

WHEREAS, this request does not impact the current trial date of August 21, 2023;

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:198688625.1
22-cv-01886-RS
- 2 -
STIPULATED REQUEST FOR LEAVE OF COURT FOR DEF. BRIDGELUX, INC. TO SUBMIT DEPOSITION DESIGNATIONS

**NOW THEREFORE,** the Parties, by and through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, that the Court granted leave to allow the Bridgelux to file and submit its deposition designations for Mr. Hu, and for BJB to submit its counter deposition designations for Mr. Hu.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: August 21, 2023            **SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Dana M. Richens*
   Dana M. Richens
   Attorney for Plaintiff and Counter-Defendant
   BJB ELECTRIC LP

Dated: August 21, 2023            **ARENTFOX SCHIFF LLP**

By: */s/ Kirsten A. Hart*
   Craig A. Gelfound
   Kirsten A. Hart
   Jessica B. Do
   Attorneys for Defendant and Counter-Claimant
   BRIDGELUX, INC.

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

By: */s/ Kirsten A. Hart*
   Kirsten A. Hart

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:198688625.1
22-cv-01886-RS

- 3 -

STIPULATED REQUEST FOR LEAVE OF COURT FOR DEF. BRIDGELUX, INC. TO SUBMIT DEPOSITION DESIGNATIONS

# EXHIBIT A

CRAIG A. GELFOUND (SBN 176378)
craig.gelfound@afslaw.com
KIRSTEN A. HART (SBN 258433)
kirsten.hart@afslaw.com
JESSICA B. DO (SBN 317517)
jessica.do@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant and Counter-Claimant
BRIDGELUX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIDGELUX, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-01886-RS<br><br>**DEFENDANT AND COUNTER-CLAIMANT BRIDGELUX, INC.'S DEPOSITION DESIGNATIONS** |
| BRIDGELUX, INC,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>BJB ELECTRIC LP,<br><br>　　　　Counter-Defendant. | Judge:  Hon. Richard Seeborg<br>Magistrate:  Hon. Laurel Beeler<br><br>Date Filed: March 24, 2022<br>Trial Date: August 21, 2023 |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

3:22-cv-01886-RS

DEFENDANT'S DEPOSITON
DESIGNATION

AFDOCS:198688528.1

# DEFENDANT'S DEPOSITION DESIGNATIONS
## Frank Hu Deposition Testimony Dated February 23, 2023

| Defendant's Designations | Objections | Plaintiff's Counter Designation(s) | Objections |
|---|---|---|---|
| 8:19-25 | | 18:8-11 | |
| 11:19-21 | | 22:5-17 | |
| 14:17-16:13 | | 25:5 – 26:12 | Legal conclusion |
| 17:13-21 | | | |
| 18:1-7 | | | |
| 19:4-10 | | | |
| 21:19-22:4 | Relevance | | |
| 22:18-23:8 | Relevance | | |
| 23:11-24:14 | Relevance | | |
| 27:7-19 | Relevance | | |
| 28:5-11 | Relevance | | |
| 28:13-17 | Relevance | | |
| 29:17-22 | Relevance | | |
| 37:14-21 | FRCP 408 | | |
| 38:21-39:7 | | | |
| 39:20-24 | | | |
| 40:8-12 | FRCP 408 | | |
| 47:1-23 | | | |
| 48:7-20 | | | |
| 54:18-55:23 | | | |
| 56:1-9 | | | |

3:22-cv-01886-RS — - 2 - — DEFENDANT'S DEPOSITION DESIGNATIONS
SGR/43266748.1
ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES
AFDOCS:198688528.1

| | |
|---|---|
| Dated: August 21, 2023 | **ARENTFOX SCHIFF LLP** |
| | By: */s/ Kirsten A. Hart* |
| | Craig A. Gelfound |
| | Kirsten A. Hart |
| | Jessica B. Do |
| | Attorneys for Defendant and Counter-Claimant |
| | BRIDGELUX, INC. |

3:22-cv-01886-RS

- 3 -

DEFENDANT'S DEPOSITION DESIGNATIONS

SGR/43266748.1

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:198688528.1