UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cv-01886-RS
Case Name: <u>BJB ELECTRIC LP v. BRIDGELUX, INC.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | Dana Richens | Kirsten Hart, Craig Gelfound |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| August 21, 2023 | Ana Dub and Kelly Shainline | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>8/21/2023</u> | | | | |
| | | 9:00 am | | | **Court and counsel present.** | |
| | | 9:01 am | | | **Kirsten Hart read two stipulations regarding joint trial exhibits and deposition designations into the record.** | |
| | | 9:08 am | | | **Plaintiffs opening statement by Dana Richens.** | |
| | | 9:16 am | | | **Defendants opening statement by Craig Gelfound.** | |
| | | 9:52 am | | | **Plaintiff calls witness Joseph Laufer. Witness is sworn. Direct by Dana Richens.** | |
| 1 | | 8/21/2023 | X | X | | |
| 17 | | 8/21/2023 | X | X | | |
| 18 | | 8/21/2023 | X | X | | |
| 19 | | 8/21/2023 | X | X | | |
| 20 | | 8/21/2023 | X | X | | |
| 21 | | 8/21/2023 | X | X | | |
| 24 | | 8/21/2023 | X | X | | |
| 26 | | 8/21/2023 | X | X | | |
| | | 10:45 – 11:00 am | | | **Break** | |
| | | 11:00 am | | | **Court and counsel present.** | |
| | | 11:00 am | | | **Resume Direct of witness J. Laufer by D. Richens.** | |
| 28 | | 8/21/2023 | X | X | | |
| 29 | | 8/21/2023 | X | X | | |
| 30 | | 8/21/2023 | X | X | | |
| 31 | | 8/21/2023 | X | X | | |
| 32 | | 8/21/2023 | X | X | | |
| 34 | | 8/21/2023 | X | X | | |

1

Case No: 22-cv-01886-RS
Case Name: BJB ELECTRIC LP v. BRIDGELUX, INC.
Date: August 21, 2023
Courtroom Deputy: Corinne Lew         - Court Reporter: Ana Dub and Kelly Shainline

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:16 am | | | Cross of witness J. Laufer by Kirsten Hart. | |
| | 22 | 8/21/2023 | X | X | | |
| | | 12:21 pm | | | Re direct of witness J. Laufer by D. Richens. | |
| | | 12:22 pm | | | Re cross of witness J. Laufer by K. Hart. | |
| | | 12:22 pm 12:22 – 1:30 pm | | | Witness J. Laufer excused. Lunch Break | |
| | | 1:35 pm | | | Court and counsel present. | |
| | | 1:36 pm | | | Plaintiff calls witness Tim Lester. Witness is sworn. Direct by D. Richens. | |
| 37 | | 8/21/2023 | X | X | | |
| 38 | | 8/21/2023 | X | X | | |
| 39 | | 8/21/2023 | X | X | | |
| 40 | | 8/21/2023 | X | X | | |
| 41 | | 8/21/2023 | X | X | | |
| 42 | | 8/21/2023 | X | X | | |
| 46 | | 8/21/2023 | X | X | | |
| | | 2:37 pm | | | Cross of witness T. Lester by K. Hart. | |
| | | 2:55 – 3:13 pm | | | Break | |
| | | 3:13 pm | | | Resume Cross of witness T. Lester by K. Hart. | |
| | | 4:02 pm | | | Witness T. Lester excused. | |
| | | 4:04 pm | | | Plaintiff calls witness Albert Pruenster. Witness is sworn. Direct by D. Richens. | |
| 60A 60B 60C 60D | | 8/21/2023 | X X X X | X X X X | | |
| | | 4:30 pm | | | Bench Trial concluded for the day. Bench trial continued to 8/22/2023 at 10:30 am. | |