UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BENCH TRIAL CIVIL MINUTE ORDER**

| | |
|---|---|
| **Case No. 22-cv-01886 RS** | **Case Name**: BJB Electric LP v. Bridgelux, Inc. |
| **Date: 8/22/2023** | **Time:** 4 hours and 15 minutes |
| **The Honorable Richard Seeborg** | |
| **Clerk**: Corinne Lew | **Court Reporter:** Ana Dub and Kelly Shainline |
| **COUNSEL FOR PLTF**: | **COUNSEL FOR DEFT**: |
| Dana Richens | Kirsten Hart |
| | Craig Gelfound |

Bench Trial Began: 8/21/2023

**PROCEEDINGS**

Bench Trial – Day 2 - Held.

Bench Trial continued to 8/23/2023 at 9:30 am.

**SUMMARY**

**Witnesses Sworn and Examined:** Albert Pruenster

**Admitted Exhibits:**

**Plaintiff:** 77-10 through 77-23, 77-25, 44, 78-19, 78-20

**Defendant:** 50, 65, 68, 206, 67, 59