UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cv-01886-RS
Case Name: <u>BJB ELECTRIC LP v. BRIDGELUX, INC.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | Dana Richens | Kirsten Hart, Craig Gelfound |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| August 22, 2023 | Ana Dub and Kelly Shainline | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>8/22/2023</u> | | | | |
| | | 10:30 am | | | Court and counsel present. | |
| | | 10:31 am | | | Resume direct testimony of witness A. Pruenster by D. Richens. | |
| 77-25 | | 8/22/2023 | X | X | | |
| 77-10 Thru 77-23 | | 8/22/2023 | X | X | | |
| 44 | | 8/22/2023 | X | X | | |
| 78-19 and 78-20 | | 8/22/2023 | X | X | | |
| | | 11:52 am - 1:17 pm | | | Lunch Break | |
| | | 1:17 pm | | | Court and counsel present. | |
| | | 1:19 pm | | | Cross of witness A. Pruenster by K. Hart. | |
| | 50 | 8/22/2023 | X | X | | |
| | 65 | 8/22/2023 | X | X | | |
| | 68 | 8/22/2023 | X | X | | |
| | 206 | 8/22/2023 | X | X | | |
| | | 3:00 pm | | | Break | |
| | | 3:20 pm | | | Court and counsel present. | |
| | | 3:21 – 3:35 pm | | | Break | |
| | | 3:35 pm | | | Court and counsel present. | |
| | | 3:35 pm | | | Resume cross of witness A. Pruenster by K. Hart. | |
| | 67 | 8/22/2023 | X | X | | |
| | 59 | 8/22/2023 | X | X | | |
| | | 4:21 pm | | | Court concluded for the day. Bench Trial continued to 8/23/2023 at 9:30 am. | |

1