UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cv-01886-RS
Case Name: <u>BJB ELECTRIC LP v. BRIDGELUX, INC.</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | Dana Richens | Kirsten Hart, Craig Gelfound |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 23, 2023 | Ana Dub and Kelly Shainline | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>8/23/2023</u> | | | | |
| | | 9:13 am | | | **Court and counsel present.** | |
| | | 9:17 am | | | **Re direct of witness A. Pruenster by D. Richens.** | |
| | | 9:22 am | | | **Re cross of witness A. Pruenster by K. Hart.** | |
| | | 9:29 am | | | **Re re direct of witness A. Pruenster by D. Richens.** | |
| | | 9:31 am | | | **Witness excused.** | |
| 77-10 thru 77-23 and 78-19 thru 78-20 | | 8/23/2023 | X | X | **USB Native version of Spreadsheets.** | |
| | | 9:32 am | | | **Plaintiff rests.** | |
| | | 9:33 am | | | **Defense calls witness Lawrence Leavitt. Witness is sworn. Direct by K. Hart.** | |
| | 79-12 and 79-13 | 8/23/2023 | X | X | **REDACTED** | |
| | 79-20 | 8/23/2023 | X | X | | |
| | 79-21 | 8/23/2023 | X | X | | |

Case No: 22-cv-01886-RS
Case Name: <u>BJB ELECTRIC LP v. BRIDGELUX, INC.</u>
Date: <u>August 23, 2023</u>
Courtroom Deputy: <u>Corinne Lew</u>      - Court Reporter: <u>Ana Dub and Kelly Shainline</u>

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 79-23 | 8/23/2023 | X | X | | |
| | 79-24 | 8/23/2023 | X | X | | |
| | 79-25 | 8/23/2023 | X | X | | |
| | | 10:42 am | | | **Break** | |
| | | 11:02 am | | | **Court and counsel present.** | |
| | | 11:02 am | | | **Cross of witness Lawrence Leavitt by D. Richens.** | |
| | | 11:31 am | | | **Re direct of witness L. Leavitt by K. Hart.** | |
| | | 11:32 am | | | **Witness excused.** | |
| | 25 | 8/23/2023 | X | X | | |
| | 27 | 8/23/2023 | X | X | | |
| | 206 | 8/23/2023 | X | X | **Pdf of exh. 206** | |
| | | 11:34 am | | | **Rebuttal of witness of A. Pruenster by D. Richens** | |
| | 201 | 8/23/2023 | X | X | | |
| | | 11:40 – 11:45 am | | | **Case summarized by D. Richens.** | |
| | | 11:45 – 12:00 pm | | | **Case summarized by C. Gelfound.** | |
| | | 12:00 pm | | | **Parties shall submit Stipulation regarding Post-Trial Briefing on Parole Evidence and Revised Findings of Fact and Conclusion of Law.** | |
| | | 12:01 pm | | | **Bench Trial Ended. The Court will schedule Closing Arguments after the parties file Revised Findings of Fact and Conclusion of Law.** | |