PATRICK J. CAIN (SBN 105331)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone: 213-358-7200
Facsimile: 213-358-7300
Email: pcain@sgrlaw.com

DANA M. RICHENS, *Admitted Pro Hac Vice*
**SMITH, GAMBRELL & RUSSELL, LLP**
1105 W. Peachtree Street St. NE, Suite 1000
Atlanta, GA 30309
Telephone: 404-815-3659
Facsimile: 404-685-6959
Email: drichens@sgrlaw.com

Attorneys for Plaintiff BJB Electric LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| BJB ELECTRIC LP,<br><br>          Plaintiff,<br><br>vs.<br><br>BRIDGELUX, INC.,<br><br>          Defendant. | Case No. 3:22-cv-01886-RS<br><br>**STIPULATION TO POST-TRIAL SUBMISSIONS SCHEDULE** |
| BRIDGELUX, INC.,<br><br>          Counter-claimant,<br><br>vs.<br><br>BJB ELECTRIC LP,<br><br>          Counterclaim-Defendant. | |

Plaintiff BJB Electric LP and Defendant Bridgelux, Inc., through their respective counsel of record, hereby stipulate and request that the Court enter the attached proposed Order setting the post-trial submissions schedule as follows:

| **Submission** | **Deadline** |
| --- | --- |
| Each party to file brief (not to exceed 10 pages) addressing parol evidence issues | September 11, 2023 |
| Each party to file response brief (not to exceed 10 pages) addressing parol evidence issues | September 26, 2023 |
| Each party to submit revised proposed findings of fact and conclusions of law | 14 days after entry of Court order on parol evidence issues |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: September 1, 2023           SMITH, GAMBRELL & RUSSELL, LLP

By: _____*/s/ Dana M. Richens*_____
Dana M. Richens, *Admitted Pro Hac Vice*
Attorney for Plaintiff
BJB Electric LP

DATED: September 1, 2023           ARENTFOX SCHIFF, LLP

By: _____*/s/ Craig A. Gelfound*_____
Craig A. Gelfound
Attorney for Defendant
Bridgelux, Inc.

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213-358-7200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed documents.

By:    */s/ Dana M. Richens*
       Dana M. Richens, *Admitted Pro Hac Vice*
       Attorney for Plaintiff BJB Electric LP

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213-358-7200

**PROOF OF SERVICE**
**Case Name: *BJB ELECTRIC LP v. BRIDGELUX, INC.***
**Case Number: 3:22-cv-01886-RS**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

    On September 1, 2023, I served true copies of the following document(s) described as **STIPULATION TO POST-TRIAL SUBMISSIONS SCHEDULE** on the interested parties in this action as follows:

CRAIG A. GELFOUND
craig.gelfound@afslaw.com
KIRSTEN A. HART
kirsten.hart@afslaw.com
JESSICA B. DO
jessica.do@afslaw.com
TRACY LUU-VARNES
tracy.luu.varnes@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2023, at Los Angeles, California.

                                          */s/ Theodore H .Dokko*
                                          Theodore H. Dokko