1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BJB ELECTRIC LP,

          Plaintiff,

    v.

BRIDGELUX, INC.,

          Defendant.

Case No. 22-cv-01886-RS

**FINAL JUDGMENT**

      This matter came before the Court for a bench trial from August 21 to August 23, 2023. On December 15, 2023, the Court entered an Opinion and Order concluding Plaintiff BJB Electric LP is entitled to payment from Defendant Bridgelux, Inc. in the amount of $1,022,368.16, plus prejudgment interest on such amount at the rate of 10% per year between November 1, 2020, and the date of judgment. *See* Dkt. 128.

      The Opinion and Order is hereby reduced to final judgment as follows:

      **IT IS HEREBY ADJUDGED, ORDERED, and DECREED** that Judgment be entered in favor of Plaintiff BJB Electric LP and against Defendant Bridgelux, Inc. in the amount of $1,022,368.16 (the "Principal Amount"), plus prejudgment interest.

      Prejudgment interest accrues at a rate of approximately $280.10 per day (0.10 / 365 days * $1,022,368.16) from November 1, 2020, to the date of this Judgment (1,166 days), yielding prejudgment interest in the amount of $326,597.61.

      Pursuant to 28 U.S.C. § 1961, the Principal Amount of this Judgment shall accrue interest at the rate of 4.83% per annum, compounded annually, from the date of entry of this Judgment

until the date of payment.

**IT IS SO ORDERED**.


Dated: January 10, 2024

_____
RICHARD SEEBORG
Chief United States District Judge